Michael A. Cox, OSB # 935070
12360 S.W. Chandler Drive
Tigard, Oregon 97224
Telephone: (503) 737-4308
Facsimile: (503) 328-7996
E-mail: mcox@mcoxlegal.com

    Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOSEPH CARUSO**, individually and as Trustee of the **JOSEPH MICHAEL CARUSO REVOCABLE TRUST**,<br><br>        **PLAINTIFFS**,<br><br>v.<br><br>**CETERA INVESTMENT SERVICES LLC**, a Delaware limited liability company; **SHANE BOEHM**; **INLAND REAL ESTATE INVESTMENT CORPORATION**, a foreign corporation; and **INPOINT COMMERCIAL R.E. INCOME, INC.**, a foreign corporation,<br><br>        **DEFENDANTS**. | Civil Case No. 3:22-cv-00444-IM<br><br>**STATUS REPORT** |

    Pursuant to the Court's minute order, plaintiffs hereby report on the status of the above-entitled matter to the court, as follows:

    1.    Plaintiffs previously settled the matter with defendants Inland Real Estate Investment Corporation and Inpoint Commercial R.E. Income, Inc.

    2.    The remaining defendants are Cetera Investment Services LLC and Shane Boehm. The remaining defendants are represented by the TT&E Law Group.  Defense counsel has reviewed this status report prior to its filing and agrees with the content herein.

1  **STATUS REPORT**

3.	Plaintiffs and the remaining defendants have completed an informal discovery exchange and are presently engaged in settlement negotiations in advance of any mediation.

4.	The parties anticipate that the settlement negotiations will either succeed or fail by the end of this month.  If the negotiations fail, the parties may further engage in formal mediation, but anticipate the claims can be arbitrated within six months of any subsequent mediation.

5.	The parties jointly request that the time for the next report be set out for 180 days to **December 5, 2023** to allow the parties the time necessary to resolve this matter either through settlement or arbitration.

DATED:   June 5, 2023

Respectfully submitted,

*/s/ Michael A. Cox*
Michael A. Cox, OSB #935070
Attorney for Plaintiffs

1  **STATUS REPORT**